UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

STACEY LINDSAY and IONELA LINDSAY,

    Plaintiff,

v.    Case No. 2:20-cv-214-JLB-MRM

SCOTTSDALE INSURANCE COMPANY,

    Defendant.

## **ORDER**

The parties have stipulated to dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 22.) The stipulation is self-executing. <u>Anago Franchising, Inc. v. Shaz</u>, 677 F.3d 1272, 1278 (11th Cir. 2012). The Clerk of Court is **DIRECTED** to close the file.

**ORDERED** in Fort Myers, Florida, on April 28, 2021.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE